Keith Blanchard
P.O. Box 4552
Scottsdale, Arizona 85261
602-488-9762

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

G & G CLOSED CIRCUIT EVENTS, LLC,

        Plaintiff,

        Case No.: CV 2:21-cv-00347- MTM

vs

        Certificate of Service

SARAJ GEM RAY, individually and d/b/a
THREE WISE MEN, et al,

        Defendants.

Keith Blanchard, being duly sworn states: I am qualified to serve process in this cause having been appointed by the Superior Court in Maricopa County. I swear under the penalty of perjury that the following is true and accurate. I received the following documents in this action Summons, Complaint, Consent, Consent to Exercise of Jurisdiction by US Magistrate Judge and Preliminary Order from J. Blake Mayes (024159) of MAYESTELLES PLLC on April 1, 2021 and in each instance, I personally served a copy of each documents listed above on those named below in the manner, time and place shown:

Service upon: **Saraj Ray**, in person, (Middle Eastern male, 45, 5'8", 170 lbs., black hair, eyeglasses) by serving two true copies of the above documents upon him at his usual place of business. Service was effected at 330 E. Roosevelt Street, Phoenix, AZ 85004. Documents served on April 29, 2021 at 4:00 p.m.

Additional services were attempted at 7323 E. Shoeman Lane, Scottsdale, AZ 85251; 6400 E. Thomas Road, #1010, Scottsdale, AZ 85225 and 5995 N. 78th Street, Unit 2108, Scottsdale, AZ 85250.

I declare under penalty of perjury that the forgoing is true, correct and executed on this date: April 30, 2021.

        *[signature]*
        Keith Blanchard, Affiant

| | |
|---|---|
| $ 16.00 | Service |
| $ 24.00 (10) | Mileage |
| $ 38.40 (16) | Attempted Mileage |
| $ 60.00 (25) | Attempted Mileage |
| $ 10.00 | Processing Fee |
| $ 148.40 | Total |